FILED

JAN 1 2 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | |
| KIDARRYL PHILLIPS | ) | |

The United States charges that:

On or about February 12, 2020, and continuing to on or about February 28, 2020, in the Eastern District of North Carolina, the defendant, KIDARRYL PHILLIPS, through the use of his cellular phone did maliciously convey false information knowing the same to be false, concerning an attempt being made to kill, injure, or intimidate another, by means of an explosive, in and affecting interstate commerce, to wit: Defendant utilized applications on his cellular phone to report that a bomb was contained at Kidde Aerospace.

All in violation of Title 18, United States Code, Section 844(e).


ROBERT J. HIGDON, JR.
United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney