UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-14-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| PHILLIPS KIDARRYL | |

On motion of the Defendant, Kidarryl Phillips, and for good cause shown, it is hereby ORDERED that D.E. 34 be sealed until further notice by this Court.

IT IS SO ORDERED.

This _18_ day of February, 2021.

JAMES C. DEVER III
United States District Judge