PROB 18
(REV. 8/2/2010)

# UNITED STATES DISTRICT COURT
## FOR
## EASTERN DISTRICT OF NORTH CAROLINA
### Eastern    Division



RECEIVED
MAY 03 2022
U.S. Marshals Service, EDNC

U.S.A. vs. PHILLIPS

Case Number:    5:21-CR-14-1-D

TO: [1]U.S. Marshal or Other Qualified Officer.

---

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

**NAME:**

Kidarryl Phillips

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| United States District Judge James C. Dever, III | 08/27/2021 |

**TO BE BROUGHT BEFORE:**

Any US Magistrate Judge for Initial Appearance on Motion for Revocation on Offender Under Probation

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Peter A. Moore, Jr. | | 05/03/2022 |

---

## RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 05/03/2022 | 06/10/2022 |

EXECUTING AGENCY (NAME AND ADDRESS)
Greenville, NC    USMS

| NAME | BY | DATE | |
|---|---|---|---|
| W. BRANSTOR | SDUSM | 06/14/2022 | |

[1]Insert designation of officer to whom the warrant is issued. e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".

# FILED

JUN 14 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 5:21-cr-00014-D   Document 76 *SEALED* (Court only)   Filed 05/03/22   Page 1 of 1