# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

## DOCKET NO. 5:21-CR-14-1D

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **ORDER CONTINUING** |
| v. | ) **REVOCATION HEARING** |
| | ) |
| **Kidarryl Phillips,** | ) |
| **Defendant.** | ) |

This matter is before the court on the U.S. Probation Officer's motion to continue the Motion for Revocation Hearing in the above case, presently scheduled for Tuesday, August 9, 2022, in Raleigh.

The case is hereby CONTINUED to _September 2022_ in _Raleigh_, North Carolina.

This _4_ day of _August, 2022_.

_____
James C. Dever III
U.S. District Judge