UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-14-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| KIDARRYL PHILLIPS | |

This matter is before the Court on Mr. Phillips's Motion to RESET his revocation hearing.

For good cause shown, it is hereby ORDERED that the revocation hearing in this matter be RESET ~~until~~ to August 25, 2022.

This Court has determined that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

This 17 day of August, 2022.

J. Dever
JAMES C. DEVER III
United States District Judge