UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:21-CR-14-1D

| | |
|---|---|
| **United States Of America** ) | **ORDER CONTINUING SUPERVISION** |
| ) | |
| vs. ) | |
| ) | |
| **Kidarryl Phillips** ) | |
| ) | |

On August 27, 2021, Kidarryl Phillips appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Maliciously Conveying False Information - Explosives, in violation of 18 U.S.C. § 844(e), was sentenced to 4 years of probation.

From evidence presented at the revocation hearing on August 25, 2022, the court finds as a fact that Kidarryl Phillips, who is appearing before the court with counsel, has not violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the same terms and conditions as previously imposed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be continued.

This the 25th day of August, 2022.

James C. Dever III
U.S. District Judge