UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Motion for Revocation on Offender Under Probation

| | | | |
|---|---|---|---|
| Name of Offender: | Kidarryl Phillips | Case Number: | 5:21-CR-14-1D |
| Name of Sentencing Judge: | Honorable James C. Dever III | | |
| Date of Original Sentence: | August 27, 2021 | | |
| Original Offense: | Maliciously Conveying False Information - Explosives, in violation of 18 U.S.C. § 844(e) | | |
| Original Sentence: | 4 years Probation | | |
| Type of Supervision: | Probation | Supervision Started: | 8/27/2021 |
| Defense Attorney: | Katherine E. Shea | | |

## EARLIER COURT ACTION

9/10/2021    A Petition for Action was submitted advising the court that during a routine home visit, the defendant tested positive for marijuana via an instant urine screen and admitted to using the illegal substance. Phillips was verbally reprimanded, counseled about his actions, and cognitive behavioral interventions were utilized. It was recommended that the defendant obtain a substance abuse assessment and comply with any course of recommended treatment. Phillips signed a Waiver of Hearing, and the court agreed to continue supervision.

9/15/2021    A Violation Report was submitted to the court advising that the defendant was issued a citation in Wilson County, North Carolina, for Possession of Marijuana Less Than ½ Ounce (C5117021-0). Phillips and his mother advised the undersigned officer that they were at a family gathering and the defendant participated in a water balloon fight with the children. Phillips did not bring a change of clothes; therefore, he borrowed some from his uncle. Phillips advised when the officers stopped him near his cousin's vehicle, they located less than a gram of marijuana in the pockets of the pants that he borrowed. Phillips denied guilty and the court agreed to continue supervision pending adjudication. This charge has since been dismissed.

3/09/2022    A Violation Report was submitted to the court advising the defendant was charged in Johnston County, North Carolina, with Felony Break or Enter a Motor Vehicle (22CR050922), Felony Financial Card Fraud, and Felony Identity Theft (22CR050981). Phillips vehemently denied guilt, stated he had not been to Johnston County, and advised the undersigned officer that he intended to plead not guilty during state proceedings. The court agreed to continue supervision pending adjudication.

5/02/2022    A Motion for Revocation was submitted to the court alleging new criminal conduct (Felony Breaking and or Entering, Felony Larceny After Break/Enter, and Obtain Property by False Pretense) in Wilson County, North Carolina. A warrant was issued. The revocation hearing was held on August 25, 2022, and from evidence presented at the hearing, the court found that the defendant had not violated his terms and conditions of supervision as outlined in the Motion For Revocation. The motion was denied, and Phillips was continued on supervision under the same terms and conditions as previously imposed.

## PETITIONING THE COURT

Violation 1 -    <u>Criminal conduct.</u>

On February 9, 2023, the defendant pled guilty to Felony Break and or Enter a Motor Vehicle (22CRS50922) and Felony Financial Card Fraud (22CRS50981) in Johnston County, North

Carolina. The defendant was sentenced to 6-17 months, which was suspended, and Phillips was placed on supervised probation for a period of 24 months.

Violation 2 -   <u>Failure to pay a monetary obligation.</u>

The defendant has paid $150.00, has an outstanding balance of $1,120,202.79, and is $600 in arrears.

In view thereof, we respectfully petition the court to schedule a hearing, issue a notice to the defendant, and recommend that the term of supervision be revoked.

This the 6th day of March, 2023.

Reviewed and approved,	I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith  
Dewayne L. Smith  
Supervising U.S. Probation Officer

/s/ Kyle W. Fricke  
Kyle W. Fricke  
U.S. Probation Officer  
150 Reade Circle  
Greenville, NC 27858-1137  
Phone: 252-830-2336  
Executed On: March 6, 2023