## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## DOCKET NO. 5:21-CR-14-1D

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER MODIFYING AND** |
| | ) | **CONTINUING SUPERVISION** |
| vs. | ) | |
| | ) | |
| **Kidarryl Phillips** | ) | |
| | ) | |

On August 27, 2021, Kidarryl Phillips appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Maliciously Conveying False Information - Explosives, in violation of 18 U.S.C. § 844(e) was sentenced to 4 years of probation.

From evidence presented at the revocation hearing on May 5, 2023, the court finds as a fact that Kidarryl Phillips, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to pay a monetary obligation.

It now appears that the ends of justice would best be served by continuing supervision with the following modifications:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 6 months. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations, or other activities approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions, and procedures, provided by the supervising officer.

2. During the 6-month period of home detention, the defendant shall make monthly payments in the amount of $100.00.

3. The defendant shall continue to reside with his mother.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be continued.

This the 5th day of May, 2023.

James C. Dever III
U.S. District Judge