UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kidarryl Phillips**               **Docket No. 5:21-CR-14-1D**

**Petition for Action on Probation**

COMES NOW Kyle W. Fricke, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kidarryl Phillips, who, upon an earlier plea of guilty to Maliciously Conveying False Information - Explosives, in violation of 18 U.S.C. § 844(e), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 27, 2021, to 4 years probation under the conditions adopted by the court.

On September 10, 2021, a Petition for Action was submitted advising the court that during a routine home visit, the defendant tested positive for marijuana via an instant urine screen and admitted to using the illegal substance. Phillips was verbally reprimanded, counseled about his actions, and cognitive behavioral interventions were utilized. It was recommended that the defendant obtain a substance abuse assessment and comply with any course of recommended treatment. Phillips signed a Waiver of Hearing, and the court agreed to continue supervision.

On September 15, 2021, a Violation Report was submitted to the court advising that the defendant was issued a citation in Wilson County, North Carolina, for Possession of Marijuana Less Than ½ Ounce (C5117021-0). Phillips and his mother advised the undersigned officer that they were at a family gathering and the defendant participated in a water balloon fight with the children. Phillips did not bring a change of clothes; therefore, he borrowed some from his uncle. Phillips advised when the officers stopped him near his cousin's vehicle, they located less than a gram of marijuana in the pockets of the pants that he borrowed. Phillips denied guilt and the court agreed to continue supervision pending adjudication. This charge has since been dismissed.

On March 9, 2022, a Violation Report was submitted to the court advising the defendant was charged in Johnston County, North Carolina, with Felony Break or Enter a Motor Vehicle (22CR050922), Felony Financial Card Fraud, and Felony Identity Theft (22CR050981). Phillips vehemently denied guilt, stated he had not been to Johnston County, and advised the undersigned officer he intended to plead not guilty during state proceedings. The court agreed to continue supervision pending adjudication.

On May 2, 2022, a Motion for Revocation was submitted to the court alleging new criminal conduct (Felony Breaking and or Entering, Felony Larceny After Break/Enter, and Obtain Property by False Pretense) in Wilson County, North Carolina. A warrant was issued. The revocation hearing was held on August 25, 2022, and from evidence presented at the hearing, the court found that the defendant had not violated his terms and conditions of supervision as outlined in the Motion for Revocation. The motion was denied, and Phillips was continued on supervision under the same terms and conditions previously imposed.

On March 6, 2023, a Motion for Revocation was submitted to the court advising the defendant was currently in arrears, and alleging the defendant pled guilty to Felony Break and or Enter a Motor Vehicle and Felony Financial Card Fraud in Johnston County, North Carolina. The defendant was sentenced to 6-17 months, which was suspended, and Phillips was placed on supervised probation for a period of 24 months. The revocation hearing was held on May 5, 2023, and the court found the defendant violated his terms and conditions of supervision. Phillips was continued on supervision with the following modifications: The defendant shall abide by all conditions and terms of the home detention program with radio frequency location monitoring for a period not to exceed 6 months. During the 6-month period of home detention, the

Kidarryl Phillips
Docket No. 5:21-CR-14-1D
Petition For Action
Page 2

defendant shall make monthly payments in the amount of $100. The defendant shall continue to reside with his mother.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the defendant's revocation hearing on May 5, 2023, the defendant and his mother have moved several times and have not maintained a stable residence. Most recently, the defendant, his mother, and his sister were residing together; however, due to unforeseen circumstances, they had to vacate the residence on short notice. The defendant was able to secure housing with his other adult sister in Lucama, North Carolina; however, there is not enough room for Phillips' mother in that dwelling. Phillips has been instructed that upon his mother securing a stable residence, he will need to reside with her. Phillips' new residence in Lucama, North Carolina, has minimal cellular service. The lack of service is impacting our ability to successfully monitor the defendant. The defendant is scheduled to complete home detention on November 18, 2023. Additionally, Phillips has only made one $100 payment since being on the home detention program. Due to Phillips' unstable living conditions, he was not notified of his yearly evaluation by the Social Security Administration, and his disability benefits were terminated. Fortunately, the defendant was able to rectify the situation and received a partial disability payment this month and will receive full payments in the future. He has been instructed to become current with his restitution obligation.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall remain on home detention until November 18, 2023. The location monitoring component shall be removed.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Kyle W. Fricke<br>Kyle W. Fricke<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2336<br>Executed On: October 19, 2023 |

**ORDER OF THE COURT**

Considered and ordered this __20__ day of __October__, 2023, and ordered filed and made a part of the records in the above case.

/s/ James C. Dever
James C. Dever III
U.S. District Judge